IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3060 |
| ) | |
| CRYSTAL M. ZARATE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on Ms. Zarate's Unopposed Motion to Continue Revocation Hearing, filing 18, now set for December 7, 2010, at 12:00 noon until December 17, 2010, at 12:30 p.m. The Court, being fully advised in the premises, and noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Friday, the 17th day of December, 2010, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated December 2, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge